|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 12, 2023<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ANDREW WEST,

    Defendant.

Case No. 2:21-cr-00036-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ANDREW WEST</u>, Case No. <u>2:21-cr-00036-JAM</u>, Charge <u>18 U.S.C. § 3606,</u> from custody for the following reasons:

    \_\_\_\_\_  Release on Personal Recognizance

    \_\_\_\_\_  Bail Posted in the Sum of $_____

          \_\_\_\_\_  Unsecured Appearance Bond $_____

          \_\_\_\_\_  Appearance Bond with 10% Deposit

          \_\_\_\_\_  Appearance Bond with Surety

          \_\_\_\_\_  Corporate Surety Bail Bond

      <u> X </u>  (Other): **<u>TIME SERVED.</u>**

DATED: December 12, 2023    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE