|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>January 6, 2026<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW WEST,<br><br>    Defendant. | Case No.  2:21-cr-00036-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANDREW WEST,

Case No.  2:21-cr-00036-JAM , Charge 18 U.S.C. § 3606 from custody for the following reasons:

    ☐ Release on Personal Recognizance

    ☐ Bail Posted in the Sum of $ _____

        ☐ Unsecured Appearance Bond $ _____

        ☐ Appearance Bond with 10% Deposit

        ☐ Appearance Bond with Surety

        ☐ Corporate Surety Bail Bond

    ☒ (Other):  Released forthwith on additional conditions as stated on the record and must directly report to the Probation Office on the first day following release.

Issued at Sacramento, California on January 6, 2026 at 3:10 PM.

By: _/s/ Sean C. Riordan_____

Magistrate Judge Sean C. Riordan